PD-1634-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/21/2015 4:15:26 PM
Accepted 5/22/2015 11:14:34 AM
ABEL ACOSTA
CLERK

NO. PD-1634-14

| | | |
|---|---|---|
| AARON JACOB MOORE | § | IN THE |
| VS. | § | COURT OF CRIMINAL APPEALS |
| THE STATE OF TEXAS | § | STATE OF TEXAS |

## STATE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF ON THE MERITS

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

The State, by and through its Fort Bend County District Attorney, asks the Court to grant an extension of time to submit its brief on the merits in the above-referenced cause. Pursuant to Texas Rule of Appellate Procedure 10.5(b), the State provides the following information:

Current Deadline:           May 22, 2015

Length of Extension Sought:  60 days to July 21, 2015

Number of Previous Extensions:  None

Facts reasonably explaining the need for an extension:

In the last thirty days, the undersigned has filed the State's appellate brief in *McGuire v. State,* 01-14-00241-CR (FSRA), and has been working on the State's appellate brief due on June 2, 2015, on a final extended deadline in *McGuire v. State*, 01-14-00240-CR, a felony murder case in which the underlying felony is a third DWI,

1

and in which the evidence includes a test result from a warrantless blood draw made under Section 724.012, Texas Transportation Code. The constitutionality of this statute was addressed in *State v. Villarreal*, No. PD-0306-14, 2014 WL 6734178 (Tex. Crim. App. Nov. 26, 2014). Rehearing was granted on February 25, 2015. The undersigned has had to review the plethora of cases decided after *McNeely*, review the PDR's filed and briefs on the merits pending with this Court, and gather legislative history to summarize the existing decisions and arguments and hopefully contribute new arguments and authorities. Further, contrary to law, the trial court required redactions from the in-car video recordings of Appellant's statements and failed to instruct the jury to return a verdict on each count of the indictment. The undersigned had to obtain a transcription of the video recording and must still write these anticipated cross-points of error.

The undersigned also took a pre-planned vacation from May 1-11, 2015, and has had long-standing, pre-paid plans to attend a graduation and family visits from June 11-19, 2015. The undersigned will also be attending the Criminal Appellate Seminar in Austin May 27-29, 2015. A 60-day extension will allow a little more than four weeks to write the brief on the merits in this case and, barring unforeseen circumstances, no further extension will be requested. The undersigned has contacted Appellant's attorney, Ms. Carmen Roe, and Appellant will not oppose this motion for

2

extension of time.

The undersigned is one of three appellate attorneys, who also assist fifty other trial and administrative attorneys with trial issues and office policy. The State asks for an extension of time not for the purpose of delay, but to see that justice is done.

Respectfully submitted,

John F. Healey, Jr.
SBOT # 09328300
District Attorney, 268th Judicial District
Fort Bend County, Texas

/s/ Gail Kikawa McConnell
Gail Kikawa McConnell
SBOT # 11395400
Assistant District Attorney
301 Jackson Street, Room 101
Fort Bend County, Texas 77469
(281) 238-3205 / (281) 238-3340 (fax)
Gail.McConnell@fortbendcountytx.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing State's motion for extension of time was served on May 22, 2015, through the electronic filing manager or by email on Ms. Carmen Roe, Attorney for Appellant, <carmen@carmenroe.com>; Ms. Lisa McMinn, State Prosecuting Attorney, <Lisa.McMinn@SPA.texas.gov>.

/s/ Gail Kikawa McConnell
Gail Kikawa McConnell